IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00295-WDM-CBS

LIONEL ALBERT VIGIL,
    Applicant,
v.

ARI ZAVARAS, Executive Director, Colorado Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.

_____

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Mr. Vigil's Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (filed March 12, 2007) (doc. # 4). Pursuant to the Order of Reference dated March 22, 2007 (doc. # 7), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions." After reviewing the Petition and Respondents' Answer (filed July 9, 2007) (doc. # 16), the court determines that the state court record would assist the court in resolving this matter. Accordingly, pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, IT IS ORDERED that:

    1.    The Clerk of the Court for Alamosa County, as the lawful custodian of the records, shall forward all records and transcripts of the state court proceedings in *People v. Vigil*, Alamosa County District Court Criminal Case No. 94CR65, to the Clerk

1

of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver, Colorado, 80294-3589 **on or before June 2, 2008**.

2. The Clerk of the Court for the United States District Court for the District of Colorado shall deliver a copy of this Order to the Clerk of the Court for the Alamosa County District Court, Alamosa County Courthouse, 704 4th Street, Alamosa, CO. 81101.

DATED at Denver, Colorado, this 1st day of May, 2008.

BY THE COURT:

 s/ Craig B. Shaffer
United States Magistrate Judge