IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-00295-WDM-CBS

LIONEL ALBERT VIGIL,

    Petitioner,

v.

ARI ZAVARAS,

    Respondent.

_____

**ORDER**
_____

    The order of reference of the petition for writ of habeas corpus to Magistrate Judge Craig B. Shaffer is hereby withdrawn. The case remains referred to Magistrate Judge Shaffer to determine non-dispositive motions.

    DATED at Denver, Colorado, on March 31, 2009.

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States District Judge