FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 07-cv-00295 WDM-CBS

LIONEL ALBERT VIGIL,

   Petitioner,

vs.

ARI ZAVARAS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

   Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 29th day of June, 2010

BY THE COURT:

Walker D. Miller
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 07-cv-00295 WDM-CBS

Alamosa County District Court
702 4th St.
Alamosa, CO 81101

Lionel Albert Vigil
#91052
192 White Pine
Alamosa, CO 81101

Roger Griffin Billotte - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __6/30/10__.

GREGORY C. LANGHAM, CLERK

By:_____
        Deputy Clerk